## EMMANUEL SMITH *v.* COMMISSIONER OF CORRECTION
### (AC 27176)

Harper, Lavine and Peters, Js.

Argued March 15—officially released April 10, 2007

Per Curiam. The appeal is dismissed.

## DANIEL MORGAN *v.* COMMISSIONER OF CORRECTION
### (AC 27860)

DiPentima, Gruendel and Harper, Js.

Submitted on briefs March 16—officially released April 10, 2007

Per Curiam. The appeal is dismissed.

## JOSE CALDERON *v.* COMMISSIONER OF CORRECTION
### (AC 27241)

Flynn, C. J., and Schaller and Bishop, Js.

Submitted on briefs March 16—officially released April 10, 2007

Per Curiam. The appeal is dismissed.